IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Christie Linette Clarke | : | |
| Plaintiff | : | |
| | : | Case No.: |
| vs. | : | |
| | : | |
| NCO Financial Systems, Inc. | : | |
| | : | |
| | : | |
| Defendant | : | |

## Complaint Seeking Damages For Violations of the Fair Debt Collection Practices Act

### Introduction

1. This is an action for actual, statutory and punitive damages filed pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and for violations of the United States Bankruptcy Code and the Orders of the United States Bankruptcy Court pursuant to 28 U.S.C. §1334(b).

### Jurisdiction and Venue

2. Jurisdiction is conferred on this Court pursuant to § 1692 of Title 15 and §1681(p) of the United States Code.

3. Venue is proper as to this Defendant.

### Parties

4. The Plaintiff is a natural person and resident of the State of Georgia. she is a "consumer" as defined by 15 U.S.C. § 1681a(c).

5. Defendant NCO Financial Systems, Inc. (hereinafter "NCO") is, upon information and belief, a limited liability corporation organized under the laws of the State of Pennsylvania.

6. Defendant conducts business in that State of Georgia.

7. Defendant is engaged on a regular basis in the collection of consumer debt.

## Factual Allegations

8. Service of Plaintiff's complaint and the Summons issued by this Court have been made upon Defendants in accordance with the law.

9. The Plaintiff filed a petition in bankruptcy under chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court, Northern District of Georgia, Atlanta Division on January 28, 2011. Plaintiff's case was assigned number 11-11440.

10. Included as an unsecured creditor in plaintiff's bankruptcy schedules was the Defendant, "NCO". A copy of the schedule is attached as Exhibit A.

11. On February 2, 2011, the Defendant was notified of the bankruptcy filing by first class mail at address "PO Box 790113, St. Louis, MO 63179-0113." A copy of this letter is attached as Exhibit B.

12. On or about March 14, 2011 defendant caused to be mailed to the plaintiff a letter making a demand for payment on a Suntrust account ending in 7432. A copy of this letter is attached as Exhibit C.

13. On or about March 14, 2011 defendant caused to be mailed to the plaintiff a second letter making demand for payment on a second Suntrust account ending in 0461. A copy of this letter is attached as Exhibit D.

## COUNT I – VIOLATION OF THE FDCPA

14. Paragraphs 1-12 are realleged as if fully set forth herein.

15. Defendant violated the FDCPA. Defendant's violations include but are not limited to making numerous false and deceptive statements to plaintiff and communicating with a consumer defendant knew, or should have known to be represented.

16. As a result of the above violations of the FDCPA, the Defendant is liable to the Plaintiffs for actual damages, statutory damages of $1,000.00, and attorney's fees.

## COUNT II – VIOLATION OF THE AUTOMATIC STAY

17. Paragraphs 1-12 are realleged as if fully set forth herein.

18. Upon filing of plaintiff's chapter 13 case, all creditors are barred by 11 U.S.C. §362 from taking action against plaintiff including the communication made by the defendant.

19. As a result of the above violations of the Defendant is liable to the Plaintiffs for actual damages, punitive damages and attorney's fees.

WHEREFORE, the plaintiff having set forth his claims for relief against the defendant respectfully prays of the Court as follows:

A. That the plaintiff have and recover against the defendant a sum to be determined by the Court in the form of actual damages;

B. That the plaintiff have and recover against the defendant punitive damages in an amount sufficient to deter the defendant from similar conduct

in the future pursuant to 15 U.S.C. § 1681n;

D.     That the plaintiffs have and recover against the defendant reasonable legal fees, costs and expenses incurred by their attorney; and

D.     That the plaintiffs have such other and further relief as the Court may deem just and proper.

Dated this the 27th day of February, 2012.

_____/s/_____
Randall S. Carver, Bar No. 515022
Berry & Associates
2751 Buford Highway, Suite 400
Atlanta, Georgia 30324
(404) 235-3334
rcarver@mattberry.com

B6F (Official Form 6F) (12/07) - Cont.

**Exhibit A**

In re  Christie Linette Clarke                    ,        Case No. _____
　　　　　　　　　　Debtor                                                  (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 204A<br>Medicare Premium Collection<br>Po Box 790355<br>St. Louis, MO 63179-0355 | | | Incurred: 11/10<br>Consideration: Account | | | | 703.50 |
| ACCOUNT NO. 3650775<br>NCO*<br>PO Box 790113<br>St. Louis, MO, 63149 | | | | | | | Notice Only |
| ACCOUNT NO. 6250042109928<br>North Amercn<br>2810 Walker Rd<br>Chattanooga, TN 37421 | | | 1. Collection | | | | Notice Only |
| ACCOUNT NO. 4210<br>North American Credit Services<br>2810 Walker Road<br>Po Box 18221<br>Chattanooga, TN 37421 | | | Incurred: 06/06<br>Consideration: Account | | | | 226.00 |
| ACCOUNT NO. 3483500001<br>Robins Federal Credit<br>803 Watson Boulevard<br>Warner Robins, GA 31099 | | | 1. Paid<br>2. Account Closed | | | | Notice Only |

Sheet no. _4_ of _8_ continuation sheets attached     Subtotal ▶ $ 929.50
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                    Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Case 1:12-cv-00655-JEC   Document 1   Filed 02/29/12   Page 6 of 9
Case 11-52376-jrs   Doc 10   Filed 02/02/11   Entered 02/03/11 01:43:35   Desc Imaged
Certificate of Service   Page 5 of 6

# CERTIFICATE OF NOTICE

**Exhibit B**

```
District/off: 113E-9         User: simpsonk              Page 1 of 2            Date Rcvd: Jan 31, 2011
Case: 11-52376               Form ID: b9i                Total Noticed: 34

The following entities were noticed by first class mail on Feb 02, 2011.
db         +Christie Linette Clarke,    411 Preston Park Drive,   Duluth, GA 30096-8816
aty        +Matthew Thomas Berry,    Law Office of Matthew T. Berry,    Suite 400,   2751 Buford Highway,
             Atlanta, GA 30324-5456
14030012   +Credit Bureau Collect,    Po Box 6275,    Macon, GA 31208-6275
14030021   +Fowlers Furniture Inc,    1433 Eisenhower Parkway,    Macon, GA 31206-3187
14030022    Gwinnett County DFC,    One Justice Square,    Lawrenceville, GA 30045
14030026   +I C System,   Po Box 64378,    Saint Paul, MN 55164-0378
14030028    IC Systems,    444 Hwy 96 East,    Po Box 64887,   St. Paul, MN 55164-0887
14030029    Medicare Premium Collection,    Po Box 790355,   St. Louis, MO 63179-0355
14030030   +NCO,   PO Box 790113,    St. Louis, MO 63179-0113
14030031   +North Amercn,    2810 Walker Rd,    Chattanooga, TN 37421-1082
14030032   +North American Credit Services,    2810 Walker Road,   Po Box 18221,    Chattanooga, TN 37421-1082
14030033   +Robins Federal Credit,    803 Watson Boulevard,    Warner Robins, GA 31093-3400
14030035    Scottsdale Collection Serv,    2501 W. Donlap Ave, Ste 240,    Phoenix, AZ 85021-2726
14030036    Smith Rouchan & Assoc,    1456 Ellis Ave,    Jackson, MS 39204-2204
14030037   +Smith Rouchn,    1456 Ellis Ave,    Jackson, MS 39204-2204
14030039    Social Security Administration,    Office of Central Operations,   1500 Woodlawn Drive,
             Baltimore, MD 21241-1500
14030044   +State Bank And Trust C,    212 W Prospect St,    Durand, WI 54736-1123
14030045    Suntrust,   Po Box 622227,    Orlando, FL 32862-2227
14030048   +Veritas Instrument Ren,    10720 Park Blvd Ste F,    Seminole, FL 33772-5461
14030050   +Veritas Instrument Rent,    10720 Park Blvd, Ste F,   Seminole, FL 33772-5461

The following entities were noticed by electronic transmission on Jan 31, 2011.
tr         +E-mail/Text: bnc@13trusteeatlanta.com                           Adam M. Goodman,
             Adam M. Goodman, 13 Trustee,    Suite 200,   260 Peachtree Street,    Atlanta, GA 30303-1236
14030009    EDI: HNDA.COM Jan 31 2011 18:43:00     American Honda Finance,    Po Box 1027,
             Alpharetta, GA 30009
14030010    EDI: CBCSI.COM Jan 31 2011 18:43:00     CBCS,   Po Box 163250,    Columbus, OH 43216-3250
14030011   +EDI: CREDPROT.COM Jan 31 2011 18:43:00     Crd Prt Asso*,   Attn: Bankruptcy,    PO Box 802068,
             Dallas, TX 75380-2068
14030013   +EDI: CREDPROT.COM Jan 31 2011 18:43:00     Credit Protection Asso,    13355 Noel Rd Ste 2100,
             Dallas, TX 75240-6837
14030014   +EDI: CREDPROT.COM Jan 31 2011 18:43:00     Credit Protection Assoc,    13355 Noel Road, Ste 2100,
             Dallas, TX 75240-6837
14030015   +Fax: 478-750-1117 Jan 31 2011 22:26:39     Creditors Bureau Assoc,    420 College St,
             Macon, GA 31201-6707
14030017   +EDI: AMINFOFP.COM Jan 31 2011 18:43:00     First Premier Bank,    3820 N Louise Ave,
             Sioux Falls, SD 57107-0145
14030019   +EDI: AMINFOFP.COM Jan 31 2011 18:43:00     First Premier Bank,    601 S. Minnesota Ave,
             Sioux Falls, SD 57104-4868
14030025   +EDI: HFC.COM Jan 31 2011 18:43:00     HSBC Bank/Sears,   Po Box 5253,
             Carol Stream, IL 60197-5253
14030023   +EDI: HFC.COM Jan 31 2011 18:43:00     Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
14030024   +EDI: HFC.COM Jan 31 2011 18:43:00     Hsbc Bank*,   ATTN: BANKRUPTCY,    PO BOX 5253,
             Carol Stream, IL 60197-5253
14030047   +Fax: 912-629-1538 Feb 01 2011 01:06:52     Titlemax,   2070 Beaver Ruin Road, Ste A,
             Norcross,GA 30071-3681
14030051   +EDI: WESTASSET.COM Jan 31 2011 18:43:00     West Asset Management,    2703 N Highway 75,
             Sherman, TX 75090-2567
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14030016*    +Creditors Bureau Assoc Co.,    420 College Street,   Macon, GA 31201-6707
14030018*    +First Premier Bank,   3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14030020*    +First Premier Bank,   601 S. Minnesota Ave,    Sioux Falls, SD 57104-4868
14030027*    +I C System Inc,   Po Box 64378,    Saint Paul, MN 55164-0378
14030034*    +Robins Federal Credit,    803 Watson Boulevard,   Warner Robins, GA 31093-3400
14030038*    +Smith Rouchn,    1456 Ellis Ave,    Jackson, MS 39204-2204
14030040*     Social Security Administration,    Office of Central Operations,   1500 Woodlawn Drive,
              Baltimore, MD 21241-1500
14030041*     Social Security Administration,    Office of Central Operations,   1500 Woodlawn Drive,
              Baltimore, MD 21241-1500
14030042*     Social Security Administration,    Office of Central Operations,   1500 Woodlawn Drive,
              Baltimore, MD 21241-1500
14030043*     Social Security Administration,    Office of Central Operations,   1500 Woodlawn Drive,
              Baltimore, MD 21241-1500
14030046*     Suntrust,   Po Box 622227,    Orlando, FL 32862-2227
14030049*    +Veritas Instrument Ren,    10720 Park Blvd Ste F,    Seminole, FL 33772-5461
                                                                                 TOTALS: 0, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

Case 1:12-cv-00655-JEC   Document 1   Filed 02/29/12   Page 7 of 9
Case 11-52376-jrs   Doc 10   Filed 02/02/11   Entered 02/03/11 01:43:35   Desc Imaged
Certificate of Service   Page 6 of 6

```
District/off: 113E-9        User: simpsonk        Page 2 of 2              Date Rcvd: Jan 31, 2011
Case: 11-52376              Form ID: b9i          Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 02, 2011                    Signature:   /s/ Joseph Speetjens

FROM : HOLIDAY INN
P O BOX 15630
DE T 99
WI MINGTON DE 19850

Ca to or from this company may be monitored
or corded for quality assurance.

63 - 14902

207IFD
CHRISTIE L CLARKE
411 PRESTON PARK DR
DULUTH GA 30096-8816

**NCO FINANCIAL SYSTEMS INC**

507 Prudential Road, Horsham, PA 19044
1-877-268-4294
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Mar 3, 2011

Exhibit C

CREDITOR: SUNTRUST BANK
CREDITOR'S ACCOUNT #: 1000073127432
REGARDING:
CURRENT BALANCE DUE: $ 680.85

Tax Season Offer

Doesn't everyone love getting a tax return from all of their hard work? It's a time of year to make headway with your finances and elim nate debt. You can put that refund to good use. Take the first step by accepting this special Tax Season offer TODAY!

NCO Financial Systems, Inc. wants to offer you a quick way to settle your account. We can accept $544.68 as a lump sum of the abov amount. This way you can resolve your account and use the savings however you want! You have worked hard all year to arn that refund, so put it to good use.

This off r will expire 45 days after the above date. If you are unable to take advantage of this offer or you are not getting a refund c eck, please call us and speak to one of our trained representatives who will work with you to try and establish an alternati e re-payment plan. Our representatives have successfully assisted individuals in similar financial situations and are availab during the hours listed above.

Mail yo r payment along with the payment coupon, or a copy thereof, or call us at 1-877-268-4294.

You ma also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is C2O7II D9-9C68SJE. To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a com munication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| Our Account # | Current Balance Due |
|---|---|
| 2O7IFD | $ 680.85 |
| CHRISTIE L CLARKE | |
| Payment Amount | |
| $ | |

Chec ere if your address or phone number has
chang and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15740
WILMINGTON, DE 19850-5740

NCOP K8

PO BOX 15630
DEPT 99
WILMINGTON DE 19850

Call to or from this company may be monitored
or recorded for quality assurance.

2P3FLB
CHRISTIE L CLARKE
411 PRESTON PARK DR
DULUTH GA  30096-8816

53 - 14901

# NCO FINANCIAL SYSTEMS INC

507 Prudential Road, Horsham, PA 19044
1-877-268-4294
OFFICE HOURS:
8AM-9PM MON THRU THURSDAY
8AM-5PM FRIDAY
8AM-12PM SATURDAY
Mar 3, 2011

**Exhibit D**

CREDITOR: SUNTRUST BANK
CREDITOR'S ACCOUNT #: 1000060990461
REGARDING:
CURRENT BALANCE DUE: $ 330.84

## Tax Season Offer

Doesn't everyone love getting a tax return from all of their hard work? It's a time of year to make headway with your finances and eliminate debt. You can put that refund to good use. Take the first step by accepting this special Tax Season offer TODAY!

NCO Financial Systems, Inc. wants to offer you a quick way to settle your account. We can accept $264.67 as a lump sum of the above amount. This way you can resolve your account and use the savings however you want! You have worked hard all year to earn that refund, so put it to good use.

This offer will expire 45 days after the above date. If you are unable to take advantage of this offer or you are not getting a refund check, please call us and speak to one of our trained representatives who will work with you to try and establish an alternative re-payment plan. Our representatives have successfully assisted individuals in similar financial situations and are available during the hours listed above.

Mail your payment along with the payment coupon, or a copy thereof, or call us at 1-877-268-4294.

You may also make payment by visiting us online at www.ncofinancial.com. Your unique registration code is C2P3FLB9-9C6BOJQ. To receive future notices for the account(s) by e-mail, visit www.ncofinancial.com for details.

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT (MAKE SURE ADDRESS SHOWS THROUGH WINDOW)

| Our Account # | Current Balance Due |
|---|---|
| 2P3FLB | $ 330.84 |
| CHRISTIE L CLARKE | |
| Payment Amount | ↓ |
| $ | |

Check here if your address or phone number has
changed and provide the new information below.

Make Payment To:

NCO FINANCIAL SYSTEMS
PO BOX 15740
WILMINGTON, DE 19850-5740

NCOP K8
14901